## IN THE UNITED STATES COURT FOR FEDERAL CLAIMS

| | |
|---|---|
| IN RE RAJ K. PATEL, from all capacities, | No. 1:23-af-07028-UNJ |
| | Dated: January 17, 2023 |

## **MOTION FOR RECONSIDERATION**

I, T.E., T.E Raj K. Patel (*pro se*), from the basis of the United States, respectfully move this United States Court for Federal Claims to reconsider or reverse its opinion at ECF No. 1 under RCFC 59.

"[A] *pro se* [pleading] must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007). RCFC 8(e).

1. The complaint which was requested to be filed consist only of claims which are money mandating from an Act of Congress which substantiates jurisdiction of this court. 28 U.S.C. § 1491(a). All contains inside said complaint is from wholly different transaction or occurrence than all previously filed complaints. RCFC 8(e) & 9(d).

2. On December 27, 2022, after waiting on the want of filing, Patel filed for a petition for a writ of mandamus to allow the submission and filing of the complaint. In Re Raj K. Patel, No. 23-113 (Fed. Cir. 202_). Filed copy was properly served.

**Therefore**, I move that this Court of Federal Claims to reconsider and reverse the decision at ECF No. 1 which is both an administrative burden on Patel's constitutional rights and unconstitutionally prejudice and allow the COVAID complaint under *IFP*, and this court may serve DOJ instead of DOT.

P.S. On the January 17, 2023, Patel received a manila envelope which contained a copy of ECF No. 1 and Dkt. 1 and Dkt. 6 of No. 1:22-cv-03302-UNA.

        Respectfully submitted,

        /s/ Raj K. Patel
        T.E., T.E. Raj K. Patel (*pro se*)
        6850 East 21st Street
        Indianapolis, IN 46219
        Marion County
        317-450-6651 (cell)
        rajp2010@gmail.com
        www.rajpatel.live

        J.D. Candidate, Notre Dame L. Sch.
        President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corporate sovereign 2013-present)
        Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corporate sovereign 2009-present)
        Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
        Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
        Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
        Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

## CERTIFICATE OF SERVICE

In addition to service to the United States by the Clerk of the Court of Federal Claims, I served the following individual via e-mail on January 17, 2023:

    **MR. ROBERT K. KIEPURA, Trial Attorney**
    U.S. Dep't of Justice - Civil Div. (G)
    P.O. Box 480
    Ben Franklin Station
    Washington, D.C. 20044
    (202) 305-4436
    Fax: (202) 353-0461
    robert.kiepura@usdoj.gov

Dated: January 17, 2023

        Respectfully submitted,

    /s/ Raj K. Patel
    T.E., T.E. Raj K. Patel (*pro se*)
    6850 East 21st Street
    Indianapolis, IN 46219
    Marion County
    317-450-6651 (cell)
    rajp2010@gmail.com
    www.rajpatel.live

I

# In the United States Court of Federal Claims

In Re Patel, )
)
)
Plaintiff, )
) No. 1:23-af-07028-UNJ
v. )
)
THE UNITED STATES, )
)
Defendant. )
)

### E-NOTIFICATION CONSENT FORM

The undersigned pro se plaintiff in the above-identified case:

➢ Consents to receiving notice by e-mail of all electronic filings in the above-identified case, pursuant to Rule 5(b) of the Rules of the United States Court of Federal Claims, via the court's electronic filing system.

➢ Waives service and notice by first class mail of all electronic filings in the above-identified case, including orders and judgments.

➢ Must be registered with PACER to view electronic filings in the above-identified case.

➢ Is responsible for immediately notifying the court in writing of any change of e-mail address.

The Clerk of Court is authorized to add plaintiff's e-mail address identified below to the court's electronic filing system. Plaintiff will submit all case filings via e-mail to ProSe_case_filings@cfc.uscourts.gov, through the U.S. Mail, or by deposit in the court's night box located at the garage entrance on H Street NW, between 15th Street and Madison Place.

/s/ Raj K. Patel
(Signature of Plaintiff)

rajp2010@gmail.com
(E-mail Address)

1/17/2023
(Date)