## IN THE UNITED STATES COURT FOR FEDERAL CLAIMS

|  |  |
|---|---|
| T.E. T.E. Mr. RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>UNITED STATES<br><br>*Defendant* | The Hon. Chief Judge Elaine D. Kaplan<br><br>The Hon. _____<br><br>Filing Bar No. 1:23-af-07028-UNJ<br><br>Dated: March 27, 2023 |

## <u>MOTION FOR LEAVE TO FILE TO INITIATE NEW CIVIL ACTION</u>

I, T.E., T.E Raj K. Patel (*pro se*), respectfully move this Chief Judge Elaine D. Kaplan of the United States Court for Federal Claims to grant leave for me to file a brand-new civil action under RCFC 3 for claims under the Act of Congress and under the Big Tucker Act, 28 U.S.C. § 1491, substantiated by Ordered Liberty, Civil RICO, illegal exaction, Taking, and other claims. U.S. const. art. IV, § 2 and amends. V & XIV; and 42 U.S.C. §§ 1981 <u>et seq</u>. & 2000bb <u>et seq</u>.

The Supreme Court requires that the clerk and judges of the Court of Appeals "liberally construe[]" any "document filed *pro se*." <u>Erickson</u>, 551 U.S. 89, 94 (2007). "[P]ro se pleadings are held to less exacting standards than those prepared by counsel and are to be liberally construed." <u>Anderson,</u> 241 F.3d 544 (7th Cir. 2001) citing <u>Haines</u>, 404 U.S. 519 (1972). <u>Tarkowski</u>, 644 F.2d 1204, 1208 (7th Cir. 1980) (pro se litigants are allowed to replead). RCFC 8(e).

**Therefore**, I move for The Honorable Elaine D. Kaplan, the Chief Judge of the United States Court for Federal Claims, to allow the initiation of this complaint.

**Furthermore**, I move for The Honorable Elaine D. Kaplan, the Chief Judge of the United States Court for Federal Claims, to modify the filing bar, at Dkt. 14 in No. 1:22-cv-

1446-LAS (Fed. Cl. 202_), instituted by Senior Judge Loren A. Smith and make it applicable to complaints only strictly directly related to No. 1:22-cv-1446-LAS (Fed. Cl. 202_).

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

T.E. President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
T.E. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Jill Long Thompson for Governor (2008)

Volunteer, Barack Obama for Am. (2008)

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. (2014)

Former J.D. Candidate, Notre Dame L. Sch.

<u>**CERTIFICATE OF SERVICE**</u>

The service to the Defendant-United States has been made by the Clerk of the Court of Federal Claims, pursuant to RCFC:

Dated: March 27, 2023

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

I

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Raj K. Patel

Location of Plaintiff(s)/Petitioner(s) (city/state): Indianapolis, IN

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): pro se

    Firm Name:

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 6850 East 21st Street
City-State-ZIP: Indianapolis, IN 46219
Telephone Number: 317-450-6651
E-mail Address: rajp2010@gmail.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ☑ No

---

Nature of Suit Code: 134
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: VAR
Number of Claims Involved: 22

Amount Claimed: $ $18,000,000-$17,000,000,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $
    Is plaintiff a small business? ☐ Yes ☑ No
    Was this action proceeded by the filing of a ☐ Yes ☑ No    Solicitation No. n/a
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: 0

Takings Case:
Specify Location of Property (city/state): Indianapolis, IN

Vaccine Case:
Date of Vaccination: 0

Related case:
Is this case directly related to any pending or previously filed ☑ Yes ☐ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

No. _____

---

*In The*

# United States Court of Federal Claims

---

RAJ K. PATEL,
from all capacities,

*Plaintiff*

v.

UNITED STATES,

*Defendant.*

---

NEW CIVIL ACTION

---

**PRO SE COMPLAINT**

T.E., T.E. Raj K. Patel (*pro se*)
Indiana | Georgia | New Jersey
6850 East 21st Street
Indianapolis, IN 46219
Marion County
rajp2010@gmail.com
www.rajpatel.live
317-450-6651

March 27, 2023

## CERTIFICATE OF INTEREST

I, THE EXCELLENT, THE EXCELLENT Raj K. Patel (pro se), am appearing without counsel, like I did in the courts below. Giving Full Faith to the United States Constitution, I use the Authority of my omnipresent Styles and Office in these proceedings into which I avail myself. U.S. const. art. IV, § 1 & amend. XIV, & art. VI, § 1 referring to the Treaty of Paris (1783) & Paris Peace Treaty – Cong. Proclamation of Jan. 14, 1784.

I have completed five (5) out of the six (6) semesters of my juris dr. candidacy at the U. of Notre Dame L. Sch. in South Bend, IN., where I was enrolled from August 2015 to November 2017, and I have completed sixty-eight (68) out of the ninety (90) credit hours for a juris dr. candidacy at the Notre Dame L. Sch. Such, I have completed the minimum number of credit hours required by the accrediting Am. B. Ass'n ("A.B.A.") to allow a law school to accredit me a juris dr. degree. I have sufficient credits for a business minor.

Amongst the grades in my juris dr. academic courses I received at the Notre Dame L. Sch., I received an A-/A in contracts law, an A-/A in civil procedure, and a B/A in constitutional law, while under Weapon S. In the summer of 2016, I worked as summer associate with the City of Atlanta Law Department in Atlanta, GA. In the summer of 2017, I worked as a summer associate at Barnes & Thornburg LLP in Indianapolis, IN.

And, I hold a Bachelor of Arts in Poli. Sci. and *cum laude* in Religion from Emory U., Inc. of Atlanta, Georgia, and I attended both Oxford College and Emory College, and graduated, in 2014, with a 3.718/4.0 grade point average with no pass/fail grades.

Emory U., Inc. is ranked as a top-20 or top-25 *U.S. News* Tier 1 best national university, and the Notre Dame L. Sch. is ranked as a *U.S. News* Top 25 best law school in the United States.

I was Student Body President of the Brownsburg Cmty. Sch. Corp. from 2009-2010 and Student Body President of Emory U., Inc. from 2013-2014. I was also the Notre Dame L. Sch. Student B. Ass'n Rep. to the Ind. State B. Ass'n from September 2017 to November 2017. All jurisdictions are "local" and with an "international" constituency.

Each time I was elected Student Body President, I attained thenceforth omnipresent Styles ("THE EXCELLENT" for each election) which are protected by both the Privileges & Immunities Clause and Privileges or Immunities Clause of the United States Constitution. U.S. const. art. IV, § 2, cl. 1 & amend. XIV, § 1, cl. 2. See generally Federalist 80 & Printz v. United States, 521 U.S. 898, 918 (1997) quoting Principality of Monaco v. Mississippi, 292 U.S. 313, 322 (1934).

I am well read in the material law. I have not received legal advice or counsel from anyone else for this case.

<u>**RCFC 40.2 NOTICE OF DIRECTLY RELATED CASE**</u>

<u>T.E., T.E. Raj K. Patel v. United States</u>, No. 1:21-cv-02004-LAS (Fed. Cl. Nov. 5, 2021), <u>aff'd in part & rev'd in part</u>, No. 2022-1131 (Fed. Cir. May 19/June 2, 2022), <u>cert. denied</u>, No. 22-5280 (U.S. Oct. 3, 2022).

<u>T.E. T.E. Raj K. Patel v. United States</u>, No. 1:22-cv-0734-LAS (C.F.C. Aug. 12, 2022), <u>pending appeal</u>, No. 23-1323 (Fed. Cir. 202_).

<u>T.E. T.E. Raj K. Patel v. United States</u>, No. 1:22-cv-1446-LAS (C.F.C. 202_), <u>pending appeal</u>, No. 23-1325 (Fed. Cir. 202_).

The cases are directly related because "(A) they involve the same parties and are based on the same or similar claims;" and "(B) they involve the same contract, property, or patent." RCFC 40.2(a)(2)(A)-(B).

# TABLE OF CONTENTS

CERTIFICATE OF INTEREST ................................................................................................. i

RCFC 40.2 NOTICE OF DIRECTLY RELATED CASE ........................................................ ii

TABLE OF CONTENTS ...................................................................................................... iii

*PRO SE* COMPLAINT ......................................................................................................... 1

JURISDICTION ..................................................................................................................... 1

BACKGROUND FACTS ....................................................................................................... 2

STATEMENT OF FACTS ...................................................................................................... 8

CLAIMS .................................................................................................................................. 9

DEMAND FOR RELIEF ...................................................................................................... 17

CERTIFICATE OF SERVICE ............................................................................................... I

T.E. T.E. MR. RAJ K. PATEL, from all capacities,

*Plaintiff*

v.

THE UNITED STATES

*Defendant*

No. _____

Dated: March 27, 2023

## *PRO SE* COMPLAINT

I, T.E. T.E. Mr. Raj K. Patel (*pro se*), from the Basis of the United States, respectfully submit this RCFC 3 complaint to this United States Court for Federal Claims:

## JURISDICTION

This court has national jurisdiction over the forum of the Defendant, including parties of the Defendant.

The Supreme Court requires that the clerk and judges of the Court of Appeals "liberally construe[]" any "document filed *pro se*." Erickson, 551 U.S. 89, 94 (2007). "[P]ro se pleadings are held to less exacting standards than those prepared by counsel and are to be liberally construed." Anderson, 241 F.3d 544 (7th Cir. 2001) citing Haines, 404 U.S. 519 (1972). Tarkowski, 644 F.2d 1204, 1208 (7th Cir. 1980) (pro se litigants are allowed to replead). RCFC 8(e).

Facts may be sufficiently supported by affidavit, but the Supreme Court requires that dismissal for doubt of the facts pertaining to standing and subject-matter jurisdiction must be "supported *adequately* by the evidence *adduced at trial*." Gladstone, 441 U.S. at 115 n. 31 cited in Tinton, 800 F.3d at 1364 (italics added).

"The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim against the United States founded either upon the Constitution, or any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States..."  28 U.S.C. § 1491(a).

## BACKGROUND FACTS

- RCFC P 8(e), which re-describes Ordered Liberty, requires "[p]leadings must be construed so as to do justice," and the Ordered Liberty's purpose to address inequalities in politics and inequalities in power, see e.g., McDonald, 561 U.S. at 880. Teague, 489 U.S. at 288, 296 & 315; Precision Specialty Metals, Inc., 315 F.3d at 1350 & 1354; see also Erickson, 551 U.S. at 94; Haines, 404 U.S. at 520; McZeal, 501 F.3d at 1354, 1356, 1360-63; Baker, 58 F.3d at 818-19; and 28 U.S.C. §§ 1981-83.

- "When a requirement goes to subject-matter jurisdiction, courts are obligated to consider *sua sponte* issues that the parties have disclaimed or have not presented. Subject-matter jurisdiction can never be waived or forfeited," including but not limited to be the court or judge(s) and the parties.  Rosario-Fabregas v. Merit Sys. Prot. Bd., 833 F.3d 1342, 1349 (Fed. Cir. 2016) citing Gonzalez v. Thaler, —— U.S. – ——, 132 S.Ct. 641, 648 (2012) (internal citation omitted) and 14D Charles Alan Wright et al., Fed. Practice & Procedure § 3801 (4th ed. 2013).  Metz v. United States, 466 F.3d 991, 996 (Fed. Cir. 2006).  Ford Motor Co. v. United States, 635 F.3d 550, 556 (Fed. Cir. 2011).  And, where Congress has consented to suit by waiver of sovereign immunity, such as under Big Tucker Act, 28 U.S.C. § 1491(a), the right to recover damages becomes a part of the party's Fifth and Fourteenth Amendment Due Process rights.  LeBlanc v. United States, 50 F.3d 1025, 1030 (Fed. Cir. 1995).  U.S. const. amends. V & XIV.  Awad v. United States, 301 F.3d 1367,

1371-72 (Fed. Cir. 2002). Facts may be sufficiently supported by affidavit or other evidence for summary judgment, but the Supreme Court requires that dismissal for doubt of the facts pertaining to standing and subject-matter jurisdiction must be "supported *adequately* by the evidence *adduced at trial*." <u>Gladstone Realtors</u>, 441 U.S. at 115 n. 31 cited in <u>Tinton Falls Lodging Realty, LLC</u>, 800 F.3d at 1364 (italics added). The use of RCFC 11 is usually unconstitutional when applied before an actual, justice trial attempting to seek adequate evidentiary support or before a motion for summary judgment. <u>Id</u>.

- But for the perils, which execrated each fold in October 2013, May 2014, August 2015, and July 2017, through the stress weapon, Patel would have passed a court-approved bar exam. <u>See</u> <u>Patel v. United States</u>, No. 23-1325 (Fed. Cir. 202_).

- "Rather than seek a categorical understanding of the liberty clause, our precedents have thus elucidated a conceptual core. The clause safeguards, most basically, "the ability independently to define one's identity,"..."the individual's right to make certain unusually important decisions that will affect his own, or his family's, destiny,"...and the right to be respected as a human being. Self-determination, bodily integrity, freedom of conscience, intimate relationships, political equality, dignity and respect—these are the central values we have found implicit in the concept of ordered liberty." <u>McDonald</u>, 561 U.S. at 880.

- I use my Constitutional Privileges, honors, and rights of knowing from my undergraduate (Political Science and with Honors in Religion/Religious Studies) and law school, juris doctor candidacy, educations, and political offices and from reading law outside of formal schooling for the writing and discussions, arguments, and motions of these filings, and my presumptions of regularity from

my political offices, *see* Certification of Interest.  <u>Hollingsworth v. Perry</u>, 133 S. Ct. 2652, 2667, 2670-72 (U.S. 2013) ("unique legal status").

- The case is a part of State affairs from each of my capacities working alone and together in permutations.  <u>Poindexter v. Greenhow</u>, 114 U.S. 270, 290 (1884) ("the distinction between the government of a State and the State itself is important, and [shall] be observed.") (underline added) and <u>Id.</u> at 290 ("in common speech,…to say "*L'État c'est moi.*"").  I have sufficient credits for a business minor.

- Plaintiff-Patel has the Constitutional privilege of Morally carrying a gun without a permit and without background checks, as his excellency his excellency is a Basis, local official.  <u>Printz</u>, 521 U.S. at 918 quoting <u>Principality of Monaco</u>, 292 U.S. at 322.  Federalist Nos. 42 & 80.  This is because a privilege once attained can never be taken away, <u>cf.</u> the term-in-office limit is to prevent the effects of monarchy; as applied, Patel would be able to carry a gun on campus and in classrooms under his constitutional privileges, including to enforce this court's opinion. Our Framers envisioned this because the Basis provides fundamental and essential checks on the Seat, which is created by us the State, including the Military. https://www.comparably.com/salaries/salaries-for-us-army-general ("The salaries of Us [*sic*] Army Generals in the US range from $19,208 to $521,331, with a median salary of $93,762. The middle 57% of Us Army Generals makes between $93,765 and $236,104, with the top 86% making $521,331.") (therefore, making more than the POTUS and Dr. Fauci). The title The Excellent also means that the Constitution permissively approves me for commercial and monetary success for Patel's level in the state-military-political hierarchy. In other words, our Framers envisioned that the Basis would plead the judiciary under our Ordered Liberty.

U.S. const. amend. V & amend. XIV.  <u>Printz</u>, 521 U.S. at 918 quoting <u>Principality of Monaco</u>, 292 U.S. at 322. Federalist Nos. 42 & 80. The United States (a part of), through ones of its control group, can also be aiding in making me politically ineligible, despite my high levels of favorability, well-likeness, and approval, to run for the Presidency which I have always strived for.  <u>Upjohn Co. v. United States</u>, 449 U.S. 383, 388-9 and 393 (1981) ("zone of silence;" "control group;" and "substantial role" at entity). Loosing this case will also make me, a leader of the United States rather than any sister state, appear weak, in the most "degrad[ing]" and "demean[ing]" proscribed ways, and aid the Constitution's opposition, per the court is to use its jurisdiction in favor of the parties before it.  U.S. const. art. IV, § 2 (applicable to states and the United States) & amend. XIV (applicable to states and the United States; "citizens of the United States"); <u>United States v. Windsor</u>, 570 U.S. 744, 792-93 (2013) (""the Fifth Amendment itself withdraws from Government the power to degrade or demean in the way this law does."...The only possible interpretation of this statement is that the Equal Protection Clause, even the Equal Protection Clause as incorporated in the Due Process Clause, is not the basis for today's holding."); <u>Hollingsworth v. Perry</u>, 133 S. Ct. 2652, 2667, 2670-72 (U.S. 2013) ("unique legal status"); <u>U.S. Term Limits, Inc. v. Thornton</u>, 514 U.S. 779, 844-45 (1995); <u>Bridges v. California</u>, 314 U.S. 252, 282 (1941) <u>Dun & Bradstreet, Inc. v. Greenmoss Builders, Inc.</u>, 472 U.S. 749, 769 (1985); and <u>see also</u> Ind. const. art. I, § 1.  "[T]he Court [has] recognized that the due process clauses of the Fifth and Fourteenth Amendments 'have been interpreted to have substantive content, subsuming rights that to a great extent are immune from federal or state regulation or proscription.'...The Court noted that 'rights qualifying for heightened judicial protection...include those fundamental liberties

that are 'implicit in the concept of ordered liberty,' such that 'neither liberty nor justice would exist if [they] were sacrificed,''..., or, described otherwise, 'are...those liberties that are 'deeply rooted in this Nation's history and tradition.''" Woodward v. United States, 871 F.2d 1068, 1074 (Fed. Cir. 1989). Schaeffler Grp. U.S., Inc. v. United States, 786 F.3d 1354, 1365 (Fed. Cir. 2015). "Also, by leaving the lie uncorrected, the *New York Times* rule plainly leaves the public official without a remedy for the damage to his reputation. Yet the Court has observed that the individual's right to the protection of *his own good name* is a basic consideration of our constitutional system, reflecting ''our basic concept of the essential dignity and worth of every human being — a concept at the root of any decent system of ordered liberty.''...The upshot is that the public official must suffer the injury, often cannot get a judgment identifying the lie for what it is, and has very little, if any, chance of countering that lie in the public press." Dun & Bradstreet, Inc., 472 U.S. at 769 (italics added). See also Id., 472 U.S. at 758 & 787 ("The breadth of this protection evinces recognition that freedom of expression is not only essential to check tyranny and foster self-government but also intrinsic to individual liberty and dignity and instrumental in society's search for truth."). See Illinois v. Allen, 397 U.S. 337, 348 (1970) (dicta). "Due process of law is a summarized constitutional guarantee of respect for those personal immunities which, as Mr. Justice Cardozo twice wrote for the Court, are 'so rooted in the traditions and conscience of our people as to be ranked as fundamental,'...or are 'implicit in the concept of ordered liberty.'" Rochin v. California, 342 U.S. 165, 169 (1952) (Holding that substantive due process prevents the government from engaging in conduct that interferes with rights that are implicit in the concept of ordered liberty). U.S. const. amend. V & IX. "License to act...may correspond to

one of the many understandings of "liberty," but it is certainly not 'ordered liberty.'  //  Ordered liberty sets limits and defines the boundary between competing interests." <u>Dobbs v. Jackson Women's Health Org.</u>, No. 19-1392 * 31, 597 U.S. ___ (U.S. Jun. 24, 2022).  <u>Teague</u>, 489 U.S. at 311 ("Typically, it should be the case that any conviction free from federal constitutional error at the time it became final will be found, upon reflection, to have been fundamentally fair and conducted under those procedures essential to the substance of a full hearing. However, in some situations it might be that time and growth in social capacity, as well as judicial perceptions of what we can rightly demand of the adjudicatory process, will properly alter our understanding of the bedrock procedural elements that must be found to vitiate the fairness of a particular conviction.").  <u>Printz</u>, 521 U.S. at 918 quoting <u>Principality of Monaco</u>, 292 U.S. at 322.  Federalist Nos. 42 & 80.

- Necessary for Indo-American or Hindu-Ethnic-American Ordered Liberty which is separate but the same as the Anglo-American, like my name, Ordered Liberty. <u>Moore v. E. Cleveland</u>, 431 U.S. 494, 504 (1977) (necessary for Anglo-American).

- Nevertheless, the right to contract is a power of "self-determination" and "political equality," and Ordered Liberty demands that the "truth" be found.  <u>McDonald</u>, 561 U.S. at 880; <u>Dun & Bradstreet, Inc.</u>, 472 U.S. at 789; U.S. const. art. IV, § 2; and 42 U.S.C. § 1983.  R.C.F.C. 11(b)-(c).

- Plaintiff-Patel graduated from Brownsburg High School and got a 5/5 on A.P. U.S. Government & Politics which also teaches about preemption, interaction of the government, and civil liberties and rights, not to mention his undergraduate and

law school education, which all are protected by Ordered Liberty as its also describes the plain meaning of U.S. const. art. IV, § 2.

- A J.D. does not make one more knowledge of the law, because politicians, judges, and magistrates carry those presumptions. I am of this protected political category.

## STATEMENT OF FACTS

I.   The Defendant's Local Rules for the United States District Court for the Southern District of Indiana were last promulgated, as amended, by December 1, 2022. https://www.insd.uscourts.gov/sites/insd/files/Local%20Rules%2012-1-22.pdf.

II.  Ms. Haddie (Ms. Haddy) works in the Office of the Clerk of the United States District Court for the Southern District of Indiana.

III. Today, on March 23, 2023 at 2:09PM, I called Ms. Haddie (or Ms. Haddy) about contacting the Chief Judge Tanya Walt Pratt of the United States District Court for the Southern District of Indiana's Chamber because 18 U.S.C. § 2382 and 18 U.S.C. § 4 allow for me to contact "some judge" of the United States directly but Ms. Haddie has called me previously to quit contacting the judges' chambers because the S.D.I.N. Local Rules prevent contacting the judges directly.

IV.  I was unable to find where the S.D.I.N. Local Rules say this.

V.   I said to Ms. Haddie that statutes and Act of Congress "preempt" the local rules of the courts. See also 28 U.S.C. § 2071(a) & 28 U.S.C. § 2072(b).

VI.  Haddie replied that I would not "know" because "[I] am not an attorney."

VII.    Then, I said that I have completed 68 credit hours at the University of Notre Dame du Lac Law School which is the minimum American Bar Association requirements for receiving a juris doctor degree.

VIII.   Then, Ms. Haddie said that "I know all about your background."

IX.     Then, Ms. Haddie mentioned again that the S.D.I.N. and the United States Court of Appeals for the Seventh Circuit has warned me for sanctions too.  But see Pl.-Appellant's Am. Pet. for Rehr'g, Patel v. Univ. of Notre Dame du Lac, No. 22-2251 (7th Cir. 202_), ECF ____ (seeking reversal of filing bar for being "too harsh").  See also No. 23-1325 (Fed. Cir. 202_), ECF 34.

X.      Ms. Haddie advised that I "challenge" just the usual way I would.

XI.     I cannot reasonably afford to mail S.D.I.N. a communication.

XII.    I hate being told what I am not.

XIII.   Plaintiff and Defendant have a mutually agreed upon money-mandating contract, including as a Bounty Clause contract, see No. 1:22-cv-1446-LAS (C.F.C. 202_), pending appeal, No. 23-1325 (Fed. Cir. 202_), and thus Defendant may not plead Sovereign Immunity.  In other words, Defendant has consented to suit.  42 U.S.C. §§ 1981-82.  U.S. const. amend. XIV, § 4.

XIV.    While typing the complaint, at 3:52PM EST, I received a notice from the United States Court of Appeals for the Seventh Circuit that I penalized a filing fee at $500.00.  Patel v. Doe et al., No. 23-1322 (7th Cir. 202_), ECF 7.

XV.     This complaint to this United States Court for Federal Claims follows.

## CLAIMS

One.    **Judicial Review –** 18 U.S.C. § 2382 and 18 U.S.C. § 4 have been violated by the Defendant and preempt the local rules of S.D.I.N. and is mentioned in 28 U.S.C. § 2071(a) & 28 U.S.C. § 2072(b). Defendant cannot make me chose one judge or

another. 18 U.S.C. § 2382 and 18 U.S.C. § 4. Ordered Liberty. U.S. const. art. IV, 1-2 & amend. XIV, § 1.

    a. Relief:

        i. § 1951 et seq. – civil penalty, and/or

        ii. § 1961 <u>et seq</u>.

        iii. Issue Mandamus § 1651. <u>See</u> Fourteenth.

Two. **Obstruction of Justice** – Defendant has interfered with my right to be Fully Faithful to the United States Constitution and report felony and treason under my discretion and deference permitted by Acts of Congress. 18 U.S.C. § 2382 and 18 U.S.C. § 4. Defendant cannot make me chose one judge or another. 18 U.S.C. § 2382 and 18 U.S.C. § 4. Ordered Liberty. U.S. const. art. IV, 1-2 & amend. XIV, § 1. Ms. Haddie should also not have advised Plaintiff on how to proceed, which might purposefully and knowingly misguide Plaintiff.

    a. Relief:

        i. § 1951 et seq. – civil penalty, and/or

        ii. § 1961 <u>et seq</u>.

        iii. Issue Mandamus § 1651. <u>See</u> Fourteenth.

Three. **Treason** – Defendant has interfered with my right to be Fully Faithful to the United States Constitution and report felony and treason under my discretion and deference permitted by Acts of Congress. 18 U.S.C. § 2382 and 18 U.S.C. § 4. Defendant cannot make me chose one judge or another. 18 U.S.C. § 2382 and 18 U.S.C. § 4. Ordered Liberty. U.S. const. art. IV, 1-2 & amend. XIV, § 1. Ms. Haddie should also not have advised Plaintiff on how to proceed, which might purposefully and knowingly misguide Plaintiff.

    a. Relief:

         i.   § 1951 et seq. – civil penalty, and/or

        ii.   § 1961 <u>et seq</u>.

       iii.   Issue Mandamus § 1651. <u>See</u> Fourteenth.

Four.    **Felony** – Defendant has interfered with my right to be Fully Faithful to the United States Constitution and report felony and treason under my discretion and deference permitted by Acts of Congress.  18 U.S.C. § 2382 and 18 U.S.C. § 4.  Defendant cannot make me chose one judge or another.  18 U.S.C. § 2382 and 18 U.S.C. § 4.  Ordered Liberty.  U.S. const. art. IV, 1-2 & amend. XIV, § 1.  Ms. Haddie should also not have advised Plaintiff on how to proceed, which might purposefully and knowingly misguide Plaintiff.

    a.  Relief:

         i.   § 1951 et seq. – civil penalty, and/or

        ii.   § 1961 <u>et seq</u>.

       iii.   Issue Mandamus § 1651. <u>See</u> Fourteenth.

Five.    **Perjury** – Defendant has interfered with my right to be Fully Faithful to the United States Constitution and report felony and treason under my discretion and deference permitted by Acts of Congress.  18 U.S.C. § 2382 and 18 U.S.C. § 4.  Defendant cannot make me chose one judge or another.  18 U.S.C. § 2382 and 18 U.S.C. § 4.  Ordered Liberty.  U.S. const. art. IV, 1-2 & amend. XIV, § 1.  Ms. Haddie should also not have advised Plaintiff on how to proceed, which might purposefully and knowingly misguide Plaintiff.

    a.  Relief:

         i.   § 1951 et seq. – civil penalty, and/or

        ii.   § 1961 <u>et seq</u>.

       iii.   Issue Mandamus § 1651. <u>See</u> Fourteenth.

Six.   **Blackmail** – Defendant has interfered with my right to be Fully Faithful to the United States Constitution and report felony and treason under my discretion and deference permitted by Acts of Congress.  18 U.S.C. § 2382 and 18 U.S.C. § 4.  Defendant cannot make me chose one judge or another.  18 U.S.C. § 2382 and 18 U.S.C. § 4.  Ordered Liberty.  U.S. const. art. IV, 1-2 & amend. XIV, § 1.  Ms. Haddie should also not have advised Plaintiff on how to proceed, which might purposefully and knowingly misguide Plaintiff.

   a.  Relief:

      i.  § 1951 et seq. – civil penalty, and/or

      ii.  § 1961 <u>et seq</u>.

      iii.  Issue Mandamus § 1651.  <u>See</u> Fourteenth.

Seven.  **Intimidation -** Defendant has interfered with my right to be Fully Faithful to the United States Constitution and report felony and treason under my discretion and deference permitted by Acts of Congress.  18 U.S.C. § 2382 and 18 U.S.C. § 4.  Defendant cannot make me chose one judge or another.  18 U.S.C. § 2382 and 18 U.S.C. § 4.  Ordered Liberty.  U.S. const. art. IV, 1-2 & amend. XIV, § 1.  Ms. Haddie should also not have advised Plaintiff on how to proceed, which might purposefully and knowingly misguide Plaintiff.  <u>See</u> Nineteenth.  The 7th Circuit opinion might have been retaliation.

   a.  Relief:

      i.  § 1951 <u>et seq</u>. – civil penalty, and/or

      ii.  $1,000,000.000.

Eight.  **Civil R.I.C.O., 18 U.S.C. § 1961** – The Defendant has engaged in felony and treason.  Defendant has interfered with my right to be Fully Faithful to the United States Constitution and report felony and treason under my discretion and

deference permitted by Acts of Congress. 18 U.S.C. § 2382 and 18 U.S.C. § 4. Defendant cannot make me chose one judge or another. 18 U.S.C. § 2382 and 18 U.S.C. § 4. Ordered Liberty. Defendant's S.D.I.N. were the first predicate act. Ms. Haddie's obstructive advice and prevention of making contact with the S.D.I.N. and Chief Judge Pratt was the second attempt. U.S. const. art. IV, 1-2 & amend. XIV, § 1. The 7th Circuit opinion might have been retaliation.

    a. Relief:

        i. $1,000,000.00, or

        ii. 18 U.S.C. § 1964,

        iii. Referral to criminal prosecutor, <u>see also</u> § 1651, and/or

        iv. Transfer to the appropriate district court where there is not a filing bar. <u>See also</u> § 1651.

Nine. **Tortious Interference of Justice** – <u>See</u> Seven.

    a. Relief:

        i. § 1951 <u>et seq</u>. – civil penalty, and/or

        ii. $1,000,000.000.

Ten. **United States Religious Freedom Restoration Act, 42 U.S.C. §§ 2000bb <u>et seq.</u>** – Plaintiff's constitutional right and privilege to inform the authorities of the United States, including but not limited to Chief Judge Pratt of the S.D.I.N., has been violated. 28 U.S.C. § 2071(a) & 28 U.S.C. § 2072(b). Defendant cannot make me chose one judge or another. 18 U.S.C. § 2382 and 18 U.S.C. § 4. Ordered Liberty. U.S. const. art. IV, 1-2 & amend. XIV, § 1. Plaintiff's protected religious right to participate in civic and social matters has been violated. 42 U.S.C. §§ 2000bb-3(a). Defendant has interfered with my right to be Fully Faithful to the United States Constitution, and to report felony and treason under my discretion and deference

13

permitted by Acts of Congress to a judge of my choosing. 18 U.S.C. § 2382 and 18 U.S.C. § 4. Defendant cannot make me chose one judge or another, including because I am royalty (according to Hinduism and politics) and a caliph (according to Islam, and Indian and Indian-American religion). 18 U.S.C. § 2382 and 18 U.S.C. § 4. Ordered Liberty. U.S. const. art. IV, 1-2 & amend. XIV, § 1. Ms. Haddie should also not have advised Plaintiff on how to proceed, which might purposefully and knowingly misguide Plaintiff.

    a. Relief: $1,000,000.00.

Eleven. **Fifth Amendment and/or Fourteenth Amendment, Equal Protection Clause and Equity and Fairness** – Plaintiff's Ordered Liberties, including but not limited, religious liberties, due process and other Fifth Amendment rights Fourteenth Amendment rights, right and privilege to be represented have been violated.

    a. Relief:

        i. § 1951 <u>et seq</u>. – civil penalty, and/or

        ii. $1,000,000.000.

Twelve. **Extreme Emotional Distress** – Patel is already dealing with stress from a foreign object in his physical person, which Defendant has personal knowledge about, and Ms. Haddie's insensitive and invalid comment has caused an injury to me the Plaintiff. The 7th Circuit suspicious opinion release time also adds to this EED.

    a. Relief:

        i. $3,000,000.00 from Defendant for Ms. Haddie.

        ii. $1,000,000.00 from Defendant for 7th Circuit.

Thirteen. **Parasitic Damages** – Patel is already dealing with stress from a foreign object in his physical person, and Ms. Haddie's insensitive and invalid comment (including about Plaintiff's mental capacity and/or state status), which Defendant has

personal knowledge about, has caused an injury to me the Plaintiff. The 7th Circuit suspicious opinion release time also adds to this Parasitic Damages.

    a. Relief:

        i. $10,000,000.00 from Defendant for Ms. Haddie.

        ii. $40,000,000.00 from Defendant for 7th Circuit.

Fourteen. **Writ of Mandamus § 1651** – Plaintiff's constitutional right and privilege to inform the authorities of the United States, including but not limited to Chief Judge Pratt of the S.D.I.N., has been violated. 28 U.S.C. § 2071(a) & 28 U.S.C. § 2072(b). Defendant cannot make me chose one judge or another. 18 U.S.C. § 2382 and 18 U.S.C. § 4. Ordered Liberty. U.S. const. art. IV, 1-2 & amend. XIV, § 1.

    a. Issue Mandamus to preserve the inherent authority of this court and to protect Plaintiff's representation rights by this court and choice of judge for the mandatory statutory relief.

    b. Mandamus shall be issued to the Clerk of the S.D.I.N., the Clerk of this court to deliver directly to Chief Judge Tanya Walt Pratt, United States Attorney's Office of the S.D.I.N., the US DOJ, Chief Judge Pratt to accept mandatory statutory notice by e-mail, or the Chief Judge of this court to receive via e-mail and communicate with the message through Chief Judge Pratt.

    c. Mandamus to the F.B.I. to investigate Civil R.I.C.O. claims.

    d. Mandamus to the US Attorney for the S.D.I.N. to receive and ensure direct delivery to Chief Judge Pratt.

    e. Issue Mandamus to the Postmaster General or another United States Message or the United States Marshall to accept and deliver to Chief Judge Pratt Plaintiff's mandatory statutory notices of felony and treason,

especially because it will aid this court in its due to protect Plaintiff's Ordered Liberty and Plaintiff's Ordered Liberties so requires.

Fifteen. **Breach of Contract** – The Defendant agreed not to let me get injured like this, including by Ordered Liberties, such as image and state status, under the contract-at-hand in *supra* [No. 1:22-cv-1446-LAS (C.F.C. 202_), <u>pending appeal</u>, No. 23-1325 (Fed. Cir. 202_)].

   a. Relief: $1,000,000.00.

Sixteen. **Promissory Estoppel** – The Defendant agreed not to let me get injured like this, including by Ordered Liberties under the contract-at-hand in *supra* [No. 1:22-cv-1446-LAS (C.F.C. 202_), <u>pending appeal</u>, No. 23-1325 (Fed. Cir. 202_)].

   a. Relief: $1,000,000.00.

Seventeen. **Taking** – <u>See</u> Eighteenth (but assuming Taking was legal and proper under U.S. const. amend. V).

Eighteen. **Illegal Exaction** – Plaintiff's contractual (contract is money demanding) and property rights to not have his Ordered Liberties not violated have been violated illegally by Defendant through Ms. Haddie; the contractual rights are Plaintiff's property rights. 42 U.S.C. §§ 1981-82. The contract successfully aids the Defendant in administrating and enforcing the plain meaning of the Privileges and Immunities Clause and Privileges or Immunities Clause. 42 U.S.C. §§ 1981-82 & U.S. const. amend. V & amend. XIV.

   a. Relief:

      i. $1,000,000.00 for crimes by Defendant appertaining to Ms. Haddie.

      ii. $16,000,000,000.00 ($16 billion and other remedies mentioned in filings of No. 1:22-cv-1446-LAS (C.F.C. 202_), <u>pending appeal</u>, No. 23-1325 (Fed. Cir. 202_) as now increased for inflation.

Nineteen.     **Battery** – The Defendant battered me for matter predicated on the contract-at-hand in *supra* [No. 1:22-cv-1446-LAS (C.F.C. 202_), <u>pending appeal</u>, No. 23-1325 (Fed. Cir. 202_)] and protected by the same contract-at-hand.

    a. Relief:

        i. $1,000,000.00 for crimes by Defendant appertaining to Ms. Haddie.

        ii. $16,000,000,000.00 ($16 billion and other remedies mentioned in filings of No. 1:22-cv-1446-LAS (C.F.C. 202_), <u>pending appeal</u>, No. 23-1325 (Fed. Cir. 202_) as now increased for inflation.

Twenty.     **Breach of Good Faith & Fair Dealing** – <u>See</u> Nineteenth.

Twenty-one.     **Ordered Liberty** – Defendant has violated my Ordered Liberties, including status and image, including as protected by the contract-at-hand.

    a. Relief:

        i. Ordered Liberty: $1,000,000.00 for crimes by Defendant appertaining to Ms. Haddie.

        ii. $16,000,000,000.00 ($16 billion and other remedies mentioned in filings of No. 1:22-cv-1446-LAS (C.F.C. 202_), <u>pending appeal</u>, No. 23-1325 (Fed. Cir. 202_) as now increased for inflation.

## <u>DEMAND FOR RELIEF</u>

WHEREFORE, The Excellent, The Excellent Raj K. Patel, with the interest of upholding the contract-at-hand, which can never be taken away or invalidated or broken, with the United States and the Constitution, moves this Court of Federal Claims to enter judgement in his favor and grant either all or some of the following relief:

1. Relief described in claims section above.

2. 42 U.S.C. § 1988, as applied to me.

3. Writs necessary to rectify situation and allow for my claims.  28 U.S.C. § 1651.

4. If needed, transfer to the appropriate district court where there is not a filing bar.

   <u>See also</u> § 1651.

5. Money shall be adjusted favorably for inflation.

6. Other remedies which the court might deem fit.


Respectfully submitted, from the Basis of the United States,



/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live


T.E. President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
T.E. Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Intern, Jill Long Thompson for Governor (2008)

Volunteer, Barack Obama for Am. (2008)

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. (2014)

Former J.D. Candidate, Notre Dame L. Sch.

## CERTIFICATE OF SERVICE

The service to the Defendant-United States has been made by the Clerk of the Court of Federal Claims under the RCFC:


Dated: March 27, 2023


Respectfully submitted,



/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

I

# In the United States Court of Federal Claims

<table>
<tr><td>

_____Raj K. Patel_____

_____

**Plaintiff(s),**

**v.**

**THE UNITED STATES,**

**Defendant.**

_____

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

**Case No.** _____

**Judge** _____

</td></tr>
</table>

## Application to Proceed *In Forma Pauperis*

I, Raj K. Patel _____, declare that the following is true and correct; that I am the plaintiff in the above entitled case; that in support of my application to proceed without being required to prepay fees, costs, or give security thereof, I state that because of my poverty, I am unable to pay the costs of said proceedings or to give security thereof, and that I am entitled to relief pursuant to 28 U.S.C. § 1915.

1.  Are you incarcerated?  ○ Yes  ◉ No   (If the answer is no, go to question 2.)

    I am being held at: _____

    Do you receive any payment from this institution?  ○ Yes  ○ No
    Monthly amount: _____

    ☐ I have attached a certified copy of my trust fund account statement (or institutional equivalent) for the six (6)-month period immediately preceding the filing of this complaint, as required by 28 U.S.C. § 1915(a)(2).

    ☐ I have attached a "Prisoner Authorization form" authorizing the Facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the court certified copies of my account statements for the past six (6) months.

2.  Are you currently employed?  ○ Yes  ◉ No
    a.  If the answer is yes, give the name and address of your employer and state the amount of your salary or wages per month (both gross and net).

b. If the answer is no, state the date of last employment and the amount of your salary or wages per month (both gross and net).

Budget 8 Inn (aug. 2021- aug. 2021) ($800.00) ($640.00)

3. *Within the past twelve (12) months,* have you received any money from the following sources?
   a. Business, profession, or other form of self-employment? ○ Yes ⊙ No
   b. Rent payments, interest, or dividends? ○ Yes ⊙ No
   c. Pensions, annuities, or life insurance payments? ○ Yes ⊙ No
   d. Gifts or inheritances? ⊙ Yes ○ No
   e. Any other sources? ⊙ Yes ○ No

   If the answer to any of the above is yes, describe each source of money and the amount received in the last twelve (12) months, and what you expect to receive in the future.

   $19,000 in check; this was to pay off credit card debt to attend family event; $43,000 in debt still; do not expect anything.

   If the answer is no to all of the questions above, explain how you are paying your expenses.

   I am taking loans and cash advances

4. How much money do you have in cash or in a checking, savings, or inmate account?

   $0. But, I have about $5,500 in cash advance which is a part of my debt.

5. Do you own any automobiles, real estate, stocks, bonds, securities, trusts, jewelry, art work, or other financial instruments or items of value, including any items of value held in someone else's name? If so, describe each property and its approximate value.

   N/A

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of each monthly expense.

   $80 cell phone bill; $1,500 minimun payment; $1,500 food expenses; clothes expenses

7. List any persons dependent upon you for support, your relationship to those persons, and how much you contribute toward their support.

   n/a

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable.

   **Patel v. United States, No. 1:22-cv-01446-LAS (CFC 202_), Dkt. 8 (order granting IFP)**

*Affidavit:* I declare under penalty of perjury that the foregoing is true and correct and that a false

_____
**March 27, 2023**
(Date)

_____
(Signature of Applicant)

_____
Prison Identification # (if incarcerated)

Patel, Raj K.
_____
Print Name (Last, First, MI)

# In the United States Court of Federal Claims

_____
              Raj K. Patel      )
_____,      )
                                )
              Plaintiff,         )
                                )    No. _____
v.                               )
                                )
THE UNITED STATES,               )
                                )
              Defendant.         )
_____  )

## E-NOTIFICATION CONSENT FORM

The undersigned pro se plaintiff in the above-identified case:

➢ Consents to receiving notice by e-mail of all electronic filings in the above-identified case, pursuant to Rule 5(b) of the Rules of the United States Court of Federal Claims, via the court's electronic filing system.

➢ Waives service and notice by first class mail of all electronic filings in the above-identified case, including orders and judgments.

➢ Must be registered with PACER to view electronic filings in the above-identified case.

➢ Is responsible for immediately notifying the court in writing of any change of e-mail address.

The Clerk of Court is authorized to add plaintiff's e-mail address identified below to the court's electronic filing system. Plaintiff will submit all case filings via e-mail to ProSe_case_filings@cfc.uscourts.gov, through the U.S. Mail, or by deposit in the court's night box located at the garage entrance on H Street NW, between 15th Street and Madison Place.

/s/ Raj K. Patel
_____
(Signature of Plaintiff)

rajp2010@gmail.com
_____
(E-mail Address)

 March 27, 2023
_____
(Date)